# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3717

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Amesheo D. Cannon, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: September 6, 2002
Filed: September 12, 2002

_____

Before BOWMAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Amesheo D. Cannon pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1). The district court[1] found that Cannon was a career offender under U.S.S.G. § 4B1.1, based on prior assault and burglary convictions, and sentenced him to 168 months imprisonment and 3 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing the district court erred in finding Cannon was a career offender because his burglary conviction was not a crime of violence.

_____

[1]The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri.

Cannon was convicted of second-degree burglary of an auto sales building. We previously have held that burglary of a commercial building is a crime of violence for purposes of the career-offender guideline. See United States v. Peltier, 276 F.3d 1003, 1006 (8th Cir. 2002), petition for cert. filed (U.S. June 7, 2002) (No. 01-10767). Further, following our independent review, see Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.